UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES EARL JACKSON,**

    **Plaintiff,**

**v.**                                                        **Case No: 6:16-cv-602-Orl-41KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees ("Motion," Doc. 25). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 26), recommending that the Court grant the Motion in part. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 25) is **GRANTED in part**.

3. Plaintiff is awarded attorney's fees in the amount of $4,982.36.

4. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on October 26, 2017.



Copies furnished to:

Counsel of Record